

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2017

No. 04-17-00571-CV

**INTEREST OF S.A., CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02285
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 15, 2017.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court